Kathryn L. Johnson (#19150)
Law Office of Kathryn L. Johnson, PLC
2 E. Congress Street, Suite 900
Tucson, AZ 85701
(520) 743-2257; (520) 743-2231 facsimile
Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case no: 4:10-bk-17627-EWH |
| JOSEPH E. LUPO and LADESKA A. LUPO, | Chapter 13 Proceeding |
| Debtors. | NOTICE AND REQUEST TO TRUSTEE TO INITIATE ADEQUATE PROTECTION PAYMENTS |

The Debtors, JOSEPH E. LUPO AND LADESKA A. LUPO, by and through counsel, hereby request that the trustee begin the monthly adequate protection payments as follows:

$164.00 per month to Pima Federal Credit Union for the 2002 GMC Denali

$135.00 per month to Pima Federal Credit Union for the 2004 Chevy Tahoe

$ 90.00 per month to American General for the 2008 Attitude Travel Trailer

DATED this 30th day of August, 2010.

LAW OFFICE OF KATHRYN L. JOHNSON

By: /s/ Kathryn L. Johnson
Kathryn L. Johnson
Attorney for Debtors

| | |
|---|---|
| 1 | Copy of the foregoing mailed<br>this 30th day of August, 2010 to: |
| 2 | |
| 3 | American General Finance<br>Midstar Plaza<br>4528 E. Broadway Blvd. |
| 4 | Tucson, AZ 85711-3510 |
| 5 | Pima Federal Credit Union<br>PO Box 50267 |
| 6 | Tucson, AZ 85703-1267 |
| 7 | Steven M. Cox<br>WATERFALL, ECONOMIDIS, CALDWELL |
| 8 | HANSHAW & VILLAMANA, P.C.<br>Williams Center, Eighth Floor |
| 9 | 5210 E. Williams Circle, Suite 800<br>Tucson, AZ 85711 |
| 10 | |
| 11 | Joseph & Ladeska Lupo<br>4537 S. Fenwick Dr.<br>Tucson, AZ 85730 |
| 12 | |
| 13 | Dianne C. Kerns, Trustee<br>7320 N. La Cholla, #154-413<br>Tucson, AZ 85741 |
| 14 | |
| 15 | /s/ Irene L. Lehane<br>Irene L. Lehane |